IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 11-50121-008         USA v. OSIRIS IVONNE DEPAZ-RAMIREZ

COURT PERSONNEL:                  APPEARANCES:

Judge: JIMM LARRY HENDREN         Govt. CLAY FOWLKES

Clerk: GAIL GARNER                Deft. CHRISTY COMSTOCK

Reporter: THERESA SAWYER

## SENTENCING MINUTE SHEET

On this date the above-named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Government moves for downward departure pursuant to 5K1.1 - granted and four-level departure awarded.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Court proceeded to impose sentence as follows:

    30 months imprisonment; no supervised release; $6,000.00 fine imposed - interest waived.

Criminal No. 11-50121-008

- (X) Defendant ordered to pay total special assessment of $100.00 for count 2s which shall be due immediately.
- (X) Count 1s, and forfeiture allegation dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Defendant remanded to custody of USMS.

DATE: OCTOBER 19, 2012         Proceeding began: 1:08 PM

                                          ended: 1:31 pm